1212

No. 82–6698.   BATCHELOR v. CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY, ET AL.   C. A. 9th Cir. Certiorari denied.

No. 82–6700.   LANGLEY v. ALLSBROOK ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–6703.   HOLLOWAY v. LUKHARD, COMMISSIONER OF THE VIRGINIA DEPARTMENT OF WELFARE.   C. A. 4th Cir.   Certiorari denied.

No. 82–6707.   SANCHEZ-SANCHEZ v. UNITED STATES. C. A. 2d Cir.   Certiorari denied.

No. 82–6718.   PLAYER v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 82–6791.   BARTHOLOMEW v. WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 82–6796.   JOHNSON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 82–6799.   WASHINGTON v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 82–6800.   RUIP v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 82–6802.   WESCOTT v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–6805.   COVINGTON v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–6806.   JONES v. FARM CREDIT ADMINISTRATION. C. A. 8th Cir.   Certiorari denied.

No. 82–6812.   MAGHE v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.